IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA BROWN,** | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-2697 |
| **UDREN LAW OFFICES PC, ET AL.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of September, 2011, upon consideration of Defendant Deutsche Bank's Motion to Dismiss (Doc. 4) and Plaintiff's Response in Opposition thereto (Doc. 8), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Claim for violation of the Fair Debt Collections Practices Act is **DENIED**; and

2. Defendant's Motion to Dismiss Plaintiff's Claim for Intentional Infliction of Emotional Distress is **GRANTED**.


**IT IS FURTHER ORDERED** that, upon consideration of Defendant Udren Law Office's Motion to Dismiss (Doc. 5) and Plaintiff's Response in Opposition thereto (Doc. 8), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Claim for violation of the Fair Debt Collections Practices Act is **DENIED**; and

2. Defendant's Motion to Dismiss Plaintiff's Claim for Intentional Infliction of Emotional Distress is **GRANTED**.

**BY THE COURT**:

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**